# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD E. LEAPHART,** | : | **Civil No. 1:21-CV-1293** |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **WILLIAM A. CAMPBELL, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 19th day of April 2022, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 16) is GRANTED as to the claims against the defendants in their official capacities but is DENIED in all other respects.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
