# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD LEAPHART,** | : | Civil No. 1:21-CV-1293 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **WILLIAM CAMPBELL, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW this 6th day of June 2023, for the reasons set forth in the accompanying Memorandum, Defendant Boal and Barrows' motion for summary judgment (Doc. 42) is GRANTED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge